UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**SUPPRESSED**

FILED

APR 22 2026

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
vs. ) No. 4:26CR00189-SRC/JMB
)
ANTHONY SOUTHERN )
)
Defendant. )

**INDICTMENT**

**COUNT ONE**

The Grand Jury charges that:

On or about December 28, 2025, in St. Louis County, within the Eastern District of Missouri,

**ANTHONY SOUTHERN,**

the Defendant herein, in connection with the acquisition of a firearm, to wit: a Glock 20 GEN 5, 10 mm semi-automatic handgun with Serial #ALTV559, from Range USA, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Range USA, which statement was intended and likely to deceive Range USA as to a fact material to the lawfulness of such sale of said firearm to the Defendant under Chapter 44 of Title 18, in that the Defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, to the effect that that he was the actual buyer of the firearm indicated on the Form 4473, when in fact as the Defendant then knew, he was not the actual buyer of the firearm.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**FORFEITURE ALLEGATION**

The Grand Jury further finds by probable cause that:

1. Pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), upon conviction of an offense in violation of Title 18, United States Code, Sections 922 and 924 as set forth in Count I, the defendant shall forfeit to the United States of America any firearm or ammunition involved in, used, or intended to be used in said violation.

2. Specific property subject to forfeiture includes, but is not limited to, the following:

a. Glock 20 GEN 5, 10 mm semi-automatic handgun, SN: ALTV5594.

3. If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America will be entitled to the forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL

______________________________
FOREPERSON

THOMAS C. ALBUS
United States Attorney

______________________________
PAUL J. D'AGROSA (#36966MO)
Assistant United States Attorney